RECEIVED

DEC 1 3 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

JACQUELINE ONAN, ET AL.　　　　　　　　MISC. CASE NO. 16-mc-80

VERSUS　　　　　　　　　　　　　　　　JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY　　MAGISTRATE JUDGE HANNA
LIMITED, ET AL

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Jacqueline Onan, as Personal Representative and Derivative Claimant; and Elizabeth Ann Onan-Wright, Kevin Ray Onan, David Wesley Onan, James Leroy Onan, and Jennifer Marie Onon-Jones, as Derivative Claimants, of the Estate of Everett Onan, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 13th day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE